MICHAEL P. ONEILL # BD4829
Name and Prisoner/Booking Number

CSP- CORCORAN
Place of Confinement

P.O. BOX 3461
Mailing Address

CORCORAN, CA. 93212
City, State, Zip Code

**FILED**

**Aug 09, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL P. ONEILL ,
(Full Name of Plaintiff)    Plaintiff,

v.

(1) C/O L. MARTINEZ ,
(Full Name of Defendant)

(2) C/O R. MANNING ,

(3) CORRECTIONAL SGT (UNKNOWN),

(4) SECURITY ESCORT OFFICERS X2 ,
Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **1:23-cv-01179 GSA PC**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: CSP- CORCORAN STATE PRISON .

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: **L. MARTINEZ**. The first Defendant is employed as:
   CORRECTIONAL OFFICER at CSP-CORCORAN STATE PRISON.
   (Position and Title)                    (Institution)

2. Name of second Defendant: **R. MANNING**. The second Defendant is employed as:
   CORRECTIONAL OFFICER at CSP-CORCORAN STATE PRISON.
   (Position and Title)                    (Institution)

3. Name of third Defendant: **UNKNOWN SGT.**. The third Defendant is employed as:
   SGT. at CSP-CORCORAN STATE PRISON
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: **UNKNOWN OFFICER(S)**. The fourth Defendant is employed as:
   SECURITY AND ESCORT X(2) at CSP-CORCORAN STATE PRISON
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits: GROSS VIOLATION OF MY U.S. CONSTITUTIONAL RIGHTS; DELIBERATE INDIFFERENCE.
   a. First prior lawsuit:
      1. Parties: **MICHAEL P. ONEILL** v. **N. THOMPSON et al**
      2. Court and case number: 1:23-CV-00597-EPG .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
      CURRENTLY STILL PENDING ADJUDICATION IN THE EASTERN DISTRICT COURT
   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____ .

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: FAILURE TO PROVIDE MEANINGFUL AND/OR ADEQUATE MEDICAL CARE TO AN ADA INMATE. 8th AND 14th AMENDMENT RIGHTS

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

    ☑ Basic necessities          ☐ Mail            ☐ Access to the court      ☑ Medical care

    ☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation

    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    PLEASE SEE ATTACHED

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☑ Yes  ☐ No

    b.  Did you submit a request for administrative relief on Claim I?          ☑ Yes  ☐ No

    c.  Did you appeal your request for relief on Claim I to the highest level?          ☑ Yes  ☐ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ N/A _____.

3

## CLAIM II

1.   State the constitutional or other federal civil right that was violated: _____
_____PLEASE SEE ATTACHED_____.

2.   **Claim II.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☑ Basic necessities          ☐ Mail          ☐ Access to the court          ☑ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____PLEASE SEE ATTACHED_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____PLEASE SEE ATTACHED_____
_____
_____.

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                        ☑ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim II?            ☑ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim II to the highest level?  ☑ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____N/A_____
_____.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _PLEASE SEE ATTACHED_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☑ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _PLEASE SEE ATTACHED_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _PLEASE SEE ATTACHED_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _N/A_

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:  **PLEASE SEE ATTACHED**

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **JUNE  9  2023**
         DATE                                              SIGNATURE OF PLAINTIFF

**N|A**
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

**N|A**
(Signature of attorney, if any)

**N|A**
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

MICHAEL P. ONEILL # BD4829

CSP-CORLORAN

P.O. BOX 3461

CORLORAN, CA. 93212

IN PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL P. ONEILL,

          PLANTIFF,

VS.

JOHN DOE (1); JOHN DOE(2); JOHN DOE (3);

C/o L. MARTINEZ, C/o R. MANNING; ~~-----~~

JOHN DOE (4); JOHN DOE(5); ETAL

CASE NO._____

PLAINTIFFS 42 USC § 1983

PRISONERS CIVIL RIGHTS

COMPLAINT

DEMAND FOR JURY TRIAL

## I. INTRODUTION

(1.) MICHAEL P. ONEILL ( HEREINAFTER REFERED TO AS "PLAINTIFF") HEREBY SUBMITS THIS 42 U.S.C SECTION 1983 PRISONERS CIVIL RIGHTS COMPLAINT TIMELY AGAINST C/o L. MARTINEZ, C/o R. MANNING AND SEVERAL OTHERS TO WHOM NAME ISN'T CURRENTLY DISCLOSED WITHIN THIS COMPLAINT MERELY DUE TO THE UNKNOWN AND/OR CORRECT SPELLING(S) OF THE SAID CORRECTIONAL OFFICERS THAT ARE ALL STATE EMPLOYEE'S AND/OR CURRENTLY EMPLOYEES VIA CSP-CORCORAN STATE PRISON. BE ADVISED ALL MENTION CDCR EMPLOYEE'S SHALL ACCEPT FULL ACCANTABILITY, LIABILITY AND RESPON-

1

SIBILITY FOR THERE UNPROFESSIONAL BEHAVIOR(S), AND DE-LIBERATE IMPROPER ACTIONS TO WHICH RESULTED INTO "GROSS NEGLIGENCE" AND A CLEAR VIOLATION OF "DUE PROCESS RIGHTS" AFFORDED TO MY WELFARE UNDER THE 14th AMENDMENT U.S. CONSTITUTIONAL RIGHTS CLAUSE.

PLEASE TAKE NOTICE, THIS CLAIM INVOLVES AN CLEAR AND DELIBERATE VIOLATION TO PLAINTIFF BEING PROCEDURALLY AFFORDED ADEQUATE MEDICAL CARE AND PROFESSIONAL ASSISTANCE BY ALL MENTIONED CORRECTIONAL OFFICERS, TO COMPLY WITH CDCR LOCAL RULES, POLICY'S AND PRO-CEDURES WHEN IT INVOLVES ADA/INCONTINENT INMATES ENCOUNTERING UNCONTROLLABLE DISCHARGES STEMMING FROM ONES DISABILITY. SURROUNDING ANAL STAGE 3 CANCER.

II. JURISDICTION

(2.) THIS CLAIM ALLEGED HEREIN OCCURED PRIMARILY IN CSP-CORCORAN STATE PRISON, TO WHICH THERE-FORE THIS SAID COURT HAS RIGHTFUL JURISDICTION OVER THIS FEDERAL CLAIM PURSUANT TO 42 U.S.C SECTIONS 1331(1) AND 1343. THIS COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER STATE UNDER 28 U.S.C SECTION 28 U.S.C SECTION 1367.

III. PARTIES

(3.) MICHAEL P. O'NEILL, (PLAINTIFF) WAS AT ALL TIMES UNDER THE CUSTODY OF CALIFORNIA DEPT. OF CORRECT-IONS AND REHAB.(CDCR) AND HOUSED AT CSP-CORCORAN STATE PRISON (FACILITY 3B) CORCORAN, CALIFORNIA AS MENTIONED IN THIS COMPLAINT.

(4.) C/O L. MARTINEZ, (DEFENDANT) WAS AT ALL TIMES MENTIONED HEREIN A CORRECTIONAL OFF-

-2-

iCER, EMPLOYEED AT CSP-CORCORAN STATE PRISON, AND DULY RESPONSIBLE FOR PLAINTIFF HEALTH, SAFETY, AND WELFARE PER CDCR POLICYS AND PROCEDURES.

(5.) C/o R. MANNING, (DEFENDANT) WAS AT ALL TIMES MENTIONED HEREIN A CORRECTIONAL OFFICER EMPLOYEED AT CSP-CORCORAN STATE PRISON, AND DULY RESPONSIBLE FOR PLAINTIFF HEALTH, SAFETY AND WELFARE PER CDCR POLICYS AND PROCEDURES. (SEE ATTACHED I-A PAGES)

IV. FACTS RELEVANT TO GROSS NEGLIGENCE

(6) PLAINTIFF IS A FORTY YEAR OLD INMATE SERVING A DETERMINATE SENTENCE FOR NUMEROUS FELONY CONVICTIONS, TO WHICH ALL WHICH HE PLED GUILTY. DURING HIS TIME, HE SUFFERED FROM (STAGE 3) COLOR-ECTAL CANCER, WHICH WAS MEDICALLY TREATED WITH RADILITION AND CHEMOTHERAPY, WHICH BY THE GRACE OF GOD AND GOOD MEDICINE, PLAINTIFF CANCER WAS CURED AND HE SURVIVED.

(7) THE TREATMENT AND AFTER EFFECTS BE-CAME INCONTINENCE OF STOOL HISTORY.

(8) THROUGH THIS PLAINTIFF BECAME A BETTER BY WANTING TO HELP PEOPLE WHICH HE ADVOCATE VOCALLY TO HIS PEERS REGARDING BEING A STAGE 3 CANCER SUR-VIVOR/PATIENT.

(9.) ON DECEMBER 28, 2022, PLAINTIFF AD-MINISTRATIVELY FILED A TIMELY 602 ALLEGING SUSTAINABLE CONTENTIONS SURROUNDING IN RELEVENT PART: " INMATE ONEILL ALLEGES THAT HE WAS HAVING ADA/INCONTINENT ISSUES AND URGENTLY NEEDED TO REPORT BACK TO HIS CELL IN ORDER

3

TO PRIVATELY UTILIZE HIS APA/ INCONTINENCE SUPPLIES BUT YET, OFFICER L. MARTINES, OFFICER R. MANNING AND SEVERAL OTHER UNKNOWN NAMED MENTIONED OFFICERS LOCATED INSIDE THE BUILDING (FACILITY 3B) (HOUSING UNIT 1) WOULDN'T LET him RETURN TO HIS CELL. AS A RESULT OF "GROSS NEGLIGENCE", UNPROFESSIONAL BEHAVIOR(S) AND A DELIBERATE ABUSE OF POWERS, AUTHORITY, AND BLATANCY TO IGNORE PLAINTIFF EFFORTS MADE PROCEDURALLY AND COURTESY TOWARDS GETTING THE ATTENTION OF THE CONTROL BOOTH OFFICER( R. MANNING) TO NO AVAIL OF RECEIVING PROFESSIONALISM, PLAINTIFF SOILED HIMSELF AND WAS THEN AFFORDED THE OPPORTUNITY TO RETURN TO HIS CELL AFTERWARDS.

(10) THE ALLEGATIONS WERE IN ACCORDANCE WITH CDCR STAFF MISCONDUCT REGULATIONS SET FORWARD IN CALIFORNIA CODE OF REGULATIONS (CCR), TITLE 15, SECTION 3486, ALLEGATIONS OF STAFF MISCONDUCT TOWARDS AN INCARCERATED PERSON OR PAROLEE.

(11.) ON APRIL 10, 2023, WARDEN (A) I. CAMPBELL, GENERATED A MEMORANDUM ENTITLED: ALLEGATIONS OF STAFF MISCONDUCT RESPONSE REGARDING ALLEGATIONS AGAINST STAFF TRACKING SYSTEM (AASTS) LOG # 20030659.

(12.) THE PROCESS SET FORTH IN CCR, TITLE 15 SECTION 3486 HAVE CONCLUDED AND THE HIRING AUTHORITY HAS MADE THE FOLLOWING DETERMINATION REGARDING EACH ALLEGATIONS • "SUSTAINED": THE INVESTIGATION OR INQUIRY DISCLOSED A PREPONDERANCE OF EVIDENCE TO "PROVE" THE ALLEG-

4

ATION(S) MADE IN THE COMPLAINT. LOG# 3463 441.

(13) PLAINTIFF, AN ADA/INCONTINENT INMATE WHO SUFFERS FROM ONGOING STAGE 3 ANAL CANCER, HAD RETURNED TO 3B01 ROUGHLY AROUND 1130 HOURS FOR PURPOSES OF USING THE RESTROOM AND CONSUMING HIS NOONLY ISSUED MEDICATIONS BEFORE PREPARING FOR HIS UPCOMING EOP YARD GROUP THAT COMMENCED AT 1230 HOURS.

(14) BE ADVISED, SHORTLY AFTER 1200 HOURS, PLAINTIFF WAS EXPERIENCING SOME VERY EXCRUCIATING ANAL ISSUES STEMMING FROM (ONGOING) MEDICAL CRISIS (STAGE 3 ANAL CANCER) THAT CONCERNLY PROMPT PLAINTIFF TO SOUGHT OUT SOME URGENT INMATE ASSISTANCE FROM A JAILHOUSE FRIEND NAME RAYMOND MARTIN (HOUSING 3B05 - CELL 105L) WHO GRACEFULLY PROVIDED PLAINTIFF TOILET PAPER IN HOPES TO HELP PLAINTIFF AVOID PERIODIC AND SPONTANEOUS DISCHARGES THAT ULTIMATELY LEAD TO UNCOMFORTABILITY, HUMILIATION, EMBARASSMENT, AND UNWARRANTED ATTENTION.

(15) PLAINTIFF WAS ABLE TO GRADUALLY RETURN TO HIS BUILDING BETWEEN 1215-1220 HOURS BUT ONCE INSIDE HIS BUILDING C/O L. MARTINEZ AND HIS UNKNOWN PARTNER (TRAINEE) VINDICATIVELY STOOD BLOCKING THE DOORWAY ENTERANCE CLEARLY PREVENTING PLAINTIFF FROM BEING ABLE TO RAPIPLY RETURN TO HIS CELL (3B01 - CELL 138L) FOR PURPOSES OF GRABBING MUCH NEEDED ADA/ INCONTINENT SUPPLIES MADE SPECIFICALLY TO PROTECT AND PREVENT DISCHARGES OF STOOL, BLOOD AND OTHER TOXIC BODILY FLUIDS UPON PLAINTIFF PERSON. (A THOROUGH REVIEW OF C/O L. MARTINEZ BODY WORN CAMERA SHALL SUSTAIN THESE

5.

ALLEGATIONS)

(16.) MEAN WHILE, PLAINTIFF URGENTLY REQUESTED FOR FACILITY 3B01 ADA PROGRAM SGT. TO BE IMMEDIATEDLY AND PROCEDURALLY CALLED TO THE HOUSING UNIT (3B01) MERELY TO OVER RIDE THE ERRONEOUS DIRECT ORDERS GIVEN SPITEFULLY TO PLAINTIFF BUT YET, PLAINTIFF WAS TOLD NUMEROUS TIMES BY C/O L. MARTINEZ... "NO... TAKE IT BACK OUTSIDE TO THE YARD." —

(17.) PLAINTIFF EVENTUALLY COMPLIED WITH C/O L. MARTINEZ ORDERS AND EXIT THE BUILDING FEELING HELPLESS, HOPELESS, UNCOMFORTABLE, FRUSTRATED, DEPRESSED, STRESSED-OUT, EMBARRASSED, HUMILIATED, AND EXCRUCIATING ANAL PAIN STEMMING FROM LEAKAGE OF STOOL, BLOOD, AND OTHER TOXIC BODILY FOILDS DISCHARGES AND/OR FEELING C/O L. MARTINEZ DELIBERATE FAILURE TOWARDS PROCEDURALLY PERMITTING AN ADA/INCONTINENT INMATE WITH MEANINGFUL ACCESS TO AND/OR PROCEDURALLY PERMIT ADEQUATE MEDICAL ADA/INCONTINENT SUPPLIES IS DEEMED CRUEL AND UNUSUAL PUNISHMENT COUPLED EQUALLY WITH DELIBERATE INDIFFERENCE AND GROSS NEGLIGENCE OF RECEIVING ADEQUATE HEALTH CARE.

(18.) PLAINTIFF EXIT HIS BUILDING AND WALKED OVER TOWARDS THE PROGRAM OFFICE TO NOTIFY SEVERAL UNKNOWN OFFICERS WHO WERE ALL JUST SITTING IN FRONT OF THE PROGRAM OFFICE DOING NOTHING. PLAINTIFF THEN ADVISED THE OFFICERS OF THE URGENT NEED TO SPEAK WITH THE ADA SGT. FOLLOWED BY ADVISING 3B01 CONTROL BOOTH OFFICER R. MANNING OF A ADA/INCONTINENT INMATE NEEDING TO RETURN TO HIS CELL TO

6.

GRAB MUCH NEEDED SUPPLIES... TO NO AVAIL.

(19.) PLAINTIFF RETURNED IN FRONT OF 3B01 BUILDING AND BEGIN TO SCREAM TO CONTROL BOOTH OFFICER R. MANNING TO PLEASE OPEN BACK DOOR SO HE COULD RETURN TO HIS CELL (3B01-CELL 138L) to GRAB HIS INCONTINENT SUPPLIES MERELY TO CLEAN UP THE LEAKAGE OF STOOL, BLOOD, AND TOXIC BODILY FULLDS THAT CONSUMED/COVERED HIS PERSON BUT YET AGAIN, PLAINTIFF WAS DELIBERATELY DENIED A MEANINGFUL OPPORTUNITY TO SANITIZE

(20.) % R. MANNING (CONTROL BOOTH OFFICER) FINALLY OPENS DOOR FOR C/o L. MARTINEZ TO EXIT, PLAINTIFF BELOMES MORE IRATE AND CAUSES A BIG SCENCE BY WAY OF THROWING HIS WATER TUMBLER IN THE DIRECTION OF C/o L. MARTINEZ BODY WORN CAMERA WHILE CROSSING PATHS. AND ADVANCING TOWARDS ENTERANCE

(21) UPON ENTERING THE BUILDING PLAINTIFF MADE CONTACT WITH NURSE WALLER WHO ADVISED HIM TO FILE A EMERGENCY 602 APPEAL ~~XXXXXX~~ STEMMING FROM BEARING WITNESS TO THE LEAKAGE OF STOOL, BLOOD, AND OTHER TOXIC BODILY FUILDS THAT WHICH IS MEDICALLY CAUSED FROM UNTREATED SKIN TISSUES THAT ARE BROKEN; CRACKED AND BEGIN TO BLEED PROFUSELY AND EXCRUCIATIVELY.

## V. EXHAUSTION OF ADMINISTRATIVE REMEDIES

(22.) PLAINTIFF HAS FILED ALL NECESSARY INMATE GRIEVANCES (602'S) AT ALL LEVELS OF REVIEW, THEREBY EXHAUSTING ALL AVAILABLE REMEDIES AS REQUIRED BY PRISON LITIGATION REFORM ACT.

7.

## VI CLAIMS FOR RELIEF.

8th AND 14th AMENDMENT RIGHTS; CRUEL AND UNUSUAL PUNISHMENT; EQUAL PROTECTION; DUE PROCESS; GROSS NEGLIGENCE;

(23) PLAINTIFF REALLEGES AND INCORPORATES ALL PREVIOUS PARAGRAPHS IN THIS COMPLAINT THAT DEFENDANTS JOHN DOE (1); JOHN DOE (2); JOHN DOE (3); JOHN POE (4); JOHN DOE (5); C/o L. MARTINEZ; C/o R. MANNING; ETAL ALL DELIBERATELY, VINDICATIVELY, AND INTENTIONALLY SUBJECTED PLAINTIFF TO A GROSS VIOLATION OF DUE PROCESS, ADEQUATE MEDICAL SUPPLIES, GROSS NEGLIGENCE, CRUEL AND UNUSUAL PUNISHMENT, IN CLEAR VIOLATION OF HIS 8TH AND 14th AMENDMENT(S) AND FEDERAL LAW WHILE THEY (ALL MENTIONED DEFENDANTS) ACTED UNDER COLOR OF LAW AND/OR ACTED WITH DELIBERATE INDIFFERENCE MALICIOUSLY AND SADISTICALLY DEPRIVED HIM OF MEANINGFUL ACCESS TO ADA/INCONTINENT SUPPLIES

## VII. CAUSATION

(24) AS A DIRECT AND PROXIMATE CAUSE OF THE DEFENDANTS, JOHN DOE(1); JOHN DOE(2); JOHN DOE(3); JOHN DOE(4); JOHN DOE(5); C/o L. MARTINEZ; C/o R. MANNING; ETAL TO WHOM ARE NAMED IN THIS COMPLAINT, PLAINTIFF SUFFERS MENTAL ANGUISH, EMOTIONAL DISTRESS, EXCRUCIATING ANAL PAIN, AND/OR CONTINUES TO SUFFER FROM THEIR DELIBERATE ACTS AND OMISSIONS AS LISTED IN 602 APPEAL DATED: 12-28-22; LOG # 346344; AND ALL PREVIOUS PARAGRAPHS AND ALL ~~DEFENSE~~ WHILE THEY

8.

WERE ACTING UNDER COLOR OF STATE LAW, PLAINTIFF HAS NO OTHER FORM OF RELIEF BUT THROUGH THE RELIEF HE SEEKS HEREIN.

## VIII. PRAYERS FOR RELIEF

(25) WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS FOR THE FOLLOWING RELIEF:

a) DECLATORY RELIEF ISSUING AN ORDER FOR ALL SEVEN DEFENDANTS WHO VIOLATED FEDERAL AND STATE LAW;

B) TRIAL BY JURY;

C) AN REASONABLE AWARD OF $100,000.00 COMPENSATORY DAMAGES FROM ALL SEVEN DEFENDANTS IN THERE INDIVIDUAL CAPACITY;

d) PUNITIVE DAMAGES OF 100,000.00 EACH SEVEN DEFENDANTS WHO DELIBERATELY VIOLATED PLAINTIFF FEDERAL RIGHTS;

e) $ COMPENSATORY DAMAGES OF $50,000,00 FOR EACH SEVEN DEFENDANTS WHO GROSSLY VIOLATED PLAINTIFF STATE LAW(S);

f) INJUNCTIVE RELIEF ORDERING THE RELEASE OF ALL CDCR BODY WORN CAMERA EVIDENCE THAT WHICH SUSTAINS FOOTAGE OF ALL SEVEN DEFENDANTS GROSSLY VIOLATING FEDERAL LAW COUPLED EQUALLY WITH ORDERING THE RELEASE OF THE TRUE IDENTITY OF JOHN DOE(1); JOHN DOE(2); JOHN DOE(3); JOHN DOE(4); JOHN DOE(5) ETAL;

g) ANY OTHER RELIEF THIS COURT DEEMS JUST AND FAIR IN ACCORDANCE WITH FEDERAL LAW(S);

RESPECTFULLY,

X

MICHAEL P. ONEILL # BD4829

I DECLARE UNDER PENALTY OF PURJURY THAAT THE FORE GOING IS TRUE AND CORRECT.

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MICHAEL P. ONEILL,
                    PLAINTIFF

VS.                                    PROOF OF SERVICE

JOHN DOE (1); JOHN DOE (2) JOHN DOE (3) JOHN DOE (4) JOHN DOE (5)
C/O L. MARTINEZ, C/O R. MANNING, et al,
                    DEFENDANTS.

I HEREBY CERTIFY THAT ON JUNE        2023      , I,
SERVED A COPY OF THE ATTACHED CIVIL COVER SHEET (E-FILING FORM CDCR ONLY); CIVIL RIGHTS COMPLAINT BY PRISONER BY PLACING A COPY IN CIVIL COVER SHEET (E-SERVICE FROM CDCR ONLY) TO STAFF MEMBER C/O K. COYLE FOR SOLE PURPOSES OF FORWARDING TO THE FACILITY 3A03 LIBRARIAN SO IT CAN BE PROCEDURALLY E-FILED TO THE APPROPRIATE COURT

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
                    X

11

## B. DEFENDANTS

☒ ATTACHED PAGE 1-A LISTING THEM; CONTINUATION OF III PARTIES

(1) JOHN DOE (1) DEFENDANT WAS AT ALL TIMES MENTIONED HEREIN A FACILITY 3B ADA SGT, WHO IS EMPLOYEED AT CSP-CORCORAN STATE PRISON AND DULY RESPONSIBLE FOR HIS FAILURE TO INTERVENE AND OVERSEE THAT HIS CORRECTIONAL OFFICERS COMPLIED WITH PLAINTIFF MEDICAL ORDER WHICH CONSISTED OF AN ORDER/ISSUE OF ADA/INCONTINENT SUPPLIES MUCH NEEDED TO PREVENT PLAINTIFF FROM SOILING HIMSELF;

(2) JOHN DOE (2) DEFENDANT WAS AT ALL TIMES MENTIONED HEREIN A FACILITY 3B SECURITY AND ESCORT CORRECTIONAL OFFICER WHO IS EMPLOYEED AT CSP-CORCORAN STATE PRISON AND DULY RESPONSIBLE FOR HIS GROSS NEGLIGENCE AND DELIBERATE PREVENTION OF AFFORDING PLAINTIFF MEANINGFUL OPPORTUNITY TO ACCESS HIS MUCH NEED ADA/INCONTINENT SUPPLIES;

(3) JOHN DOE (3) DEFENDANT WAS AT ALL TIMES MENTIONED HEREIN A FACILITY 3B SECURITY AND ESCORT CORRECTIONAL OFFICER WHO IS EMPLOYEED AT CSP-CORCORAN STATE PRISON AND WHO IS DULY RESPONSIBLE FOR HIS GROSS NEGLIGENCE AND DELIBERATE PREVENTION OF AFFORDING PLAINTIFF MEANINGFUL OPPORTUNITY TO ADEQUATELY ACCESS HIS MUCH NEEDED ADA/INCONTINENT SUPPLIES;

(4) JOHN DOE (4) DEFENDANT WAS AT ALL TIMES MENTIONED HEREIN A FACILITY 3B CORRECTIONAL OFFICER WHO IS EM-

1 OF 2

B. <u>DEFENDANTS</u>

* ATTACHED PAGE 1-A LISTING THEM CONTINUATION OF <u>III</u> PARTIES PLOYEED AT CSP-CORCORAN STATE PRISON AND WHO IS DULY RESPONSIBLE FOR HIS GROSS NEGLIGENCE AND DELIBERATE PREVENTION OF AFFORDING PLAINTIFF MEANINGFUL OPPORTUNITY TO ADEQUATELY ACCESS HIS MUCH NEEDED ADA/INCONTINENT SUPPLIES;

(5) JOHN DOE(5) DEFENDANT WAS AT ALL TIMES MENTIONED HERE IN A FACILITY 3B CDCR PERSONNEL WHO IS EMPLOYEED AT CSP-CORCORAN STATE PRISON AND WHO IS DULY RESPONSIBLE FOR HIS GROSS NEGLIGENCE AND DELIBERATE PREVENTION OF AFFORDING PLAINTIFF MEANINGFUL OPPORTUNITY TO ADEQUATELY ACCESS HIS MUCH NEEDED ADA/INCONTINENT SUPPLIES;

2 of 2

STATE OF CALIFORNIA **GOVERNMENT CLAIM**
DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

DGS ORIM 006 (Rev. 08/19)

### CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| ONEILL | MICHAEL | P. |

| INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) | BUSINESS NAME(if applicable) | |
|---|---|---|
| BD4829 | | |

| TELEPHONE NUMBER | EMAIL ADDRESS | |
|---|---|---|
| N/A | N/A | |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| P.O. Box 3461 | CORCORAN | CA | 93212 |

| IS THE CLAIMANT UNDER 18 YEARS OF AGE? | INSURED NAME(Insurance Company Subrogation) | |
|---|---|---|
| ☐ Yes  ☒ No | | |

| IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? | EXISTING CLAIM NUMBER (if applicable) | EXISTING CLAIMANT NAME(if applicable) |
|---|---|---|
| ☐ Yes  ☒ No | | |

### ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| N/A | | |

| TELEPHONE NUMBER | EMAIL ADDRESS | |
|---|---|---|
| | | |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

### CLAIM INFORMATION

| STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED JOHN DOES (1)-(5) | DATE OF INCIDENT |
|---|---|
| CDCR CORRECTIONAL OFFICERS L. MARTINEZ; R. MANNING; ETAL | DEC 28, 2022 |

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)

| DOLLAR AMOUNT OF CLAIM | CIVIL CASE TYPE(Required, if amount is more than $10,000) |
|---|---|
| $100,000.00 EACH DEFENDANT | ☐ Limited ($25,000 or less)  ☒ Non-Limited (over $25,000) |

DOLLAR AMOUNT EXPLANATION

FOR THE FACTS SUSTAINED HEREIN I BELIEVE EACH DEFENDANT OWES $50,000.00 - $100,000.00

INCIDENT LOCATION

CSP- CORCORAN STATE PRISON - FACILITY 3B01

SPECIFIC DAMAGE OR INJURY DESCRIPTION

PLEASE SEE ATTACHED COMPLAINT

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY

PLEASE SEE ATTACHED COMPLAINT

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY

PLEASE SEE ATTACHED COMPLAINT

STATE OF CALIFORNIA
GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 08/19)

Case 1:23-cv-01179-JLT-FRS    Document 1    Filed 08/09/23    Page 21 of 21

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## AUTOMOBILE CLAIM INFORMATION

| DOES THE CLAIM INVOLVE A STATE VEHICLE?<br>☐ Yes ☒ No | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?<br>☐ Yes ☒ No | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?<br>☐ Yes ☒ No | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |

## NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME MICHAEL P. ONEILL | DATE 6/7/23 |
|---|---|---|

## INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS Is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

DGSORIM
Public Records Officer
707 3rd St., West Sacramento, CA 95605
(916) 376-5300