1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

MICHAEL P. ONEILL,

11

Plaintiff,

12

v.

13

L. MARTINEZ, et al.,

14

Defendants.

15

1:23-cv-01179-GSA (PC)

ORDER TO SUBMIT APPLICATION
TO PROCEED IN FORMA PAUPERIS
OR PAY FILING FEE **ON OR BEFORE
SEPTEMBER 15, 2023**

16      Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has not paid the $402.00 filing fee, or submitted an application to proceed *in*

18   *forma pauperis* pursuant to 28 U.S.C. § 1915.

19      Accordingly, IT IS HEREBY ORDERED that:

20      **On or before September 15, 2023**, plaintiff shall submit the attached application to

21   proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee

22   for this action.  **No requests for extension will be granted without a showing of good cause.**

23   **Failure to comply with this order will result in dismissal of this action.**

24   IT IS SO ORDERED.

25

26   Dated:   **August 14, 2023**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

27

28