**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL P. ONEILL,<br><br>             Plaintiff,<br><br>    v.<br><br>MARTINEZ, *et al.*,<br><br>             Defendants. | No.  1:23-cv-01179 JLT FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 12) |

Michael P. Oneill is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 27, 2026, the then-assigned magistrate judge issued a screening order granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within 30 days.  (Doc. 10.) The Court warned Plaintiff warned that failure to comply with the Court's order would result in a recommendation for dismissal of this action, with prejudice.  (*Id.*) Plaintiff did not file an amended complaint or otherwise communicate with the court.

Therefore, on March 16, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and for Plaintiff's failure to prosecute this action. (Doc. 12.)  The Court served the findings and recommendations on Plaintiff, notified him that any objections were due within fourteen days, and warned him that failure to timely object may result in the waiver of certain appellate rights. (*Id.* at 11, citing *Wilkerson v. Wheeler*, 772 F.3d 834,

1

838–39 (9th Cir. 2014).) Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.[1] Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on March 16, 2026, (Doc. 12), are **ADOPTED IN FULL.**

2.    This action is **DISMISSED**, with prejudice, due to Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 16, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] That being said and recognizing that the Court has received only one side of the story, the Court is significantly concerned about the lack of dignity afforded Mr. Oneill. This type of conduct should not be condoned.